IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                                                  Case No. 15-40290 KKS
C & C MECANICAL CONTRACTORS,                                  Chapter 7
    Debtor(s).
_____/

**DEBTORS' RESPONSE AND OBJECTION TO ALLY FINANCIAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY (DE 42)**

The Debtor by and through the undersigned attorney, responds and objects to the Motion for Relief from Automatic Stay of secured creditor Ally Financial (DE 42) and would show:

1. The Debtor filed for relief under Chapter 7 of the Bankruptcy Code on May 27, 2015.

2. A Reaffirmation Agreement with Ally Financial for the 2011 GMC Savana Van, which is the property subject of the Motion for Relief from Stay (DE 42) was filed in the personal Bankruptcy for Mr. Joseph E. Brady, Chapter 7 Case Number 15-40291 and filed at DE 41.

3. Pursuant the Reaffirmation Agreement, Ally Financial agreed to two (2) separate cure payments of $2,037.05 each due on September 16, 2015 and October 16, 2015 in addition to the repayment term of $594.78 per month for 18 months.

4. The Debtor has made the first cure payment of $2,037.05 and September's monthly payment of $594.78 totaling $2,631.83, of which proof is attached.

5. Although the payment was delinquent, the Debtor believes the secured creditor is entitled to adequate protection in the form of regular monthly payments to be paid directly by the debtor in accordance of the

Reaffirmation terms and would like the opportunity to continue making his payments timely.

WHEREFORE the Debtor requests that this court enter an Order Denying Relief from the Automatic Stay and such other relief as the Court deems appropriate.

> Hathaway Sprague Law, P.A.
> Attorneys for Debtors
>
> By:   /s/ Kathryn A. Hathaway
> Kathryn A. Hathaway
> P.O. Box 3005
> Tallahassee, FL  32303
> Phone:  (850) 425-4700
> Fax:     (850) 425-4704
> Fla. Bar No. 622125

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic and or U.S. mail this 1st day of October, 2015, upon the following:

Andrew W. Houchins, Attorney for Ally Financial at ahouchins@rushmarshall.com
**via electronic notice**

Theresa M. Bender, Chapter 7 Trustee at tmbenderch7@yahoo.com, FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
**via electronic notice**

Joseph E. Brady
8700 Opal Drive
Tallahassee, Florida 32309

> By:/s/ Kathryn A. Hathaway
> Kathryn A. Hathaway
> FL Bar No. 622125