# Tara Lareau

**From:** Joesph Brady [jebrady69@gmail.com]
**Sent:** Thursday, October 01, 2015 1:31 PM
**To:** tara@hathawaylaw.net
**Subject:** Fwd: Payment Processed for Ally Financial

Here you go

---------- Forwarded message ----------
From: "DoNotReply@CheckFreePay.com" <DoNotReply@checkfreepay.com>
Date: Oct 1, 2015 10:14 AM
Subject: Payment Processed for Ally Financial
To: "jebrady69@gmail.com" <jebrady69@gmail.com>
Cc:

Dear Ally Financial Customer,

Your one-time payment made on 10/01/2015 09:11:44 AM of $2631.83 was successfully processed for Ally Fin

Confirmation Number: 1596283967
Payment Amount: $2631.83
Fee Amount: $3.45
Total Amount: $2635.28

The payment was funded from the following payment account:
Card Number ending in: *0276

Please save this confirmation for future reference.

Sincerely,
CheckFreePay

Please do not reply to this message. Replies to this address are routed to an unmonitored mail box.

Bill payment services are enabled through CheckFreePay Corporation (and its subsidiaries, including but not lin

For New York Residents: Money transmission and liability for non-delivery or delayed delivery is provided by C

You may contact us at Toll Free #1-800-405-3571.