United States Bankruptcy Court
Northern District of Florida

In re:                                                                    Case No. 15-40290-KKS
C & C Mechanical Contractors, Inc.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1129-4            User: jnah                Page 1 of 1            Date Rcvd: Oct 06, 2015
                                Form ID: nhstayp          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2015.
db             +C & C Mechanical Contractors, Inc.,    4770 Shelfer Road,    Tallahassee, FL 32305-3411
cr              Ally Financial f/k/a GMAC Inc.,    c/o Andrew W. Houchins,    Post Office Box 3146,
                 Orlando, FL 32802-3146
cr             +Charles B Giddens,    Mowrey Law Firm, P.A.,    515 North Adams Street,
                 Tallahassee, FL 32301-1111,    US
cr             +N&C Nelsom & Company Engineered Equipment,    3914 Beacjh Boulevard,
                 Jacksonville, FL 32207-4758
acc            +Thomson, Brock, Luger & Company,    3375-G Capital Circle NE,    Tallahassee, FL 32308-3798

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2015                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2015 at the address(es) listed below:
              Andrew Wayne Houchins    on behalf of Creditor    Ally Financial f/k/a GMAC Inc.
               ahouchins@rushmarshall.com
              Brian C. Sparling    Brian@nwflrecovery.com
              Kathryn A. Hathaway    on behalf of Debtor   C & C Mechanical Contractors, Inc.
               notices@hathawaylaw.net
              Ronald A. Mowrey    on behalf of Creditor Charles B Giddens rmowrey@mowreylaw.com,
               firm@mowreylaw.com
              Ronald A. Mowrey    on behalf of Trustee Theresa M. Bender rmowrey@mowreylaw.com,
               firm@mowreylaw.com
              Theresa M. Bender    on behalf of Trustee Theresa M. Bender tmbenderch7@yahoo.com,
               FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
              Theresa M. Bender    tmbenderch7@yahoo.com,
               FL62@ecfcbis.com;tbenderassist@yahoo.com;tmbenderch7@ecf.inforuptcy.com
              United States Trustee    USTPRegion21.TL.ECF@usdoj.gov
                                                                                             TOTAL: 8

Form nhstayp (Rev. 05/15)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re: C & C Mechanical Contractors, Inc.                    Bankruptcy Case No.:  15–40290–KKS
     Tax ID: 59–2562772
       Debtor

                                                    Chapter:  7
                                                    Judge:  Karen K. Specie

*NOTICE OF HEARING via COURTCALL*

    A response or opposition to the Motion for Relief from Stay by Ally Financial f/k/a GMAC Inc. has been filed. A hearing via CourtCall is scheduled for **October 20, 2015 at 09:30 AM, Eastern Time**. Parties may appear at the following alternate location: Tallahassee – U.S. Bankruptcy Courthouse, 110 E. Park Ave., Tallahassee, FL.

    **TELEPHONIC APPEARANCES:** It is the responsibility of each person who wishes to appear by CourtCall to do so by calling (866) 582–6878 <u>not later than 3:00 p.m. one day prior to the hearing</u> to schedule their appearance. In an emergency, you may contact chambers at (850) 521–5031. Failure to timely arrange a CourtCall appearance is NOT an emergency. For further instructions see our website at http://www.flnb.uscourts.gov./sites/default/files/court_resources/telephonic_appearance_procedures.pdf.

    **Parties shall confer and if the hearing is no longer necessary, notify the court no later than 3:00 p.m., Eastern time, the date prior to hearing. Notification to the court shall be made by docket entry of the *Request Hearing Cancellation* event in ECF.**

Dated: October 6, 2015                                     FOR THE COURT
                                                             Traci E. Abrams, Clerk of Court
                                                             110 E. Park Ave., Ste. 100
                                                              Tallahassee, FL 32301

**SERVICE:** Service by the Court to all parties in interest